UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 17-0135 EJD |
| ) Plaintiff, ) | **[PROPOSED] ORDER OF FORFEITURE** |
| ) v. ) | |
| DANIEL LAINE KYLE, ) | |
| ) Defendant. ) | |

Having considered the application for an Order of Forfeiture filed by the United States and the plea agreement entered on May 8, 2017, wherein the defendant consented to the forfeiture, and good cause appearing,

IT IS HEREBY ORDERED that, a money judgment in the amount of $100,000.00[1] shall be entered against defendant as the amount of illegal proceeds obtained directly or indirectly from the commission of the offenses of conviction, and thus forfeitable to the United States pursuant to the provisions of Title 31, United States Code, Section 5317(c);

---

[1] The government received a cashier's check on June 7, 2017, from the defendant, in the amount of $100,000 check number 0042702016, which satisfies in full the forfeiture money judgment.

[PROPOSED] ORDER OF FORFEITURE
CR 17-0135 EJD                                                1

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that, the United States, through its appropriate agency, to seize the forfeited property forthwith;

IT IS FURTHER ORDERED that, the Court maintain jurisdiction to enforce the Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule 32.2(e); and

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

WHEREFORE, the United States respectfully requests that this Court enter an Order of Forfeiture in the form of a money judgment in the amount of $100,000.00, pursuant to the provisions of Title 31, United States Code, Section 5317(c).

IT IS SO ORDERED this __22__ day of ____June____, 2017.

_____
EDWARD J. DAVILA
United States District Judge